IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>NAYSA BERMUDEZ-ULLOA<br><br>　　　　　　Defendant. | 8:16CR142<br><br>ORDER FOR DISMISSAL |

　　　Pursuant to Motion of the United States (Filing No. 44), leave of court is granted for the filing of the dismissal of the Indictment against Naysa Bermudez-Ulloa.

　　　IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 44) is granted.

　　　Dated this 28th day of June, 2016.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　JOSEPH F. BATAILLON
　　　　　　　　　　　　　　　　　Senior United States District Court Judge